| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>MEANS, TERRY R | 2. Court or Organization<br>UNITED STATES DISTRICT COURT | 3. Date of Report<br>5/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE--ACTIVE | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>201 U.S. COURTHOUSE<br>501 WEST 10TH STREET<br>FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Substitute Trustee | Testamentary trust of filer's deceased ████████ |
| 2. | Trustee | Testamentary trust of filer's deceased ███ |
| 3. | President, director | Lewis Means, Inc. ███-owned, closely held corporation) |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 31 A 11: 26 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 5/17/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Shannon, Gracey, Ratliff & Miller, LLP |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Fort Worth Club | Honorary membership -- (dues) | $1,500 |
| 2. | The City Club | Honorary membership -- (dues) | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Corsicana Nat'l Bank | 1/2 of first lien note -- (Part VII, line 2) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 5/23/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Corsicana Nat'l Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2. 1/2 interest in ●unit apt. bldg. (1985) ($250,000) | A | Rent | L | R | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. --Chevron Texaco common stock (#5 last year) | A | Dividend | J | T | | | | | |
| 5. --Prime Fund--Capital Res. Class (money market) (#6 last yr) | A | Interest | J | T | | | | | |
| 6. --3M Co. (#8 last year) | A | Dividend | J | T | Partial Sale | 01-06 | J | A | |
| 7. --Tyco Int'l common stock (#9 last year) | A | Dividend | J | T | | | | | |
| 8. --Microsoft Corp. common stock (#11 last year) | | | | | | | | | |
| 9. --Home Depot common stock (#12 last year) | A | Dividend | J | T | | | | | |
| 10. ExxonMobil common stock (#14 last year) | A | Dividend | J | T | Purchase | 01-06 | J | | |
| 11. Wal-Mart common stock (#15 last year) | A | Dividend | J | T | Purchase | 01-06 | J | | |
| 12. ABA Members Retirement Plan (#16 last year) | A | Dividend | J | T | | | | | |
| 13. Corsicana Bankshares common stock (#17 last year) | B | Dividend | J | T | | | | | |
| 14. Testamentary trust of filer's deceased ●(#18 last yr) | | | L | W | | | | | |
| 15. --Lewis Means Inc. common stock (#19 last year) | | None | L | W | | | | | |
| 16. Testamentary trust of filer's●(#20 last year) | | | | | | | | | |
| 17. --Mineral rights, parcel 1, Lea Co., NM (#21 last year) | A | Royalty | J | Q | | | | | |
| 18. --Mineral rights, parcel 2, Lea Co., NM (#22 last year) | A | Royalty | J | Q | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 5/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Overriding royalty, Navarro Co., TX (#23 last year) | A | Royalty | J | S | | | | | |
| 20. Mineral interest, Pecos Co., TX (#24 last year) | A | Royalty | J | S | | | | | |
| 21. Mineral interest, Ward Co., TX (#25 last year) | A | Royalty | J | S | | | | | |
| 22. Mineral int. #1, Zapata Co., TX (#26 last year) | C | Royalty | J | S | | | | | |
| 23. Mineral int. #2, Zapata Co., TX (#27 last year) | C | Royalty | J | S | | | | | |
| 24. Lewis Means, Inc. | | | | | | | | | |
| 25. --Prime Fund - Capital Reserves | A | Interest | M | T | Bought | 12/20 | M | | |
| 26. --Loomis Sayles Global Bond Retail | A | Dividend | J | T | Bought | 12/23 | J | | |
| 27. --Selected AmericanShares | A | Dividend | K | T | Bought | 12/23 | K | | |
| 28. --First Eagle Global Class A | A | Dividend | J | T | Bought | 12/28 | J | | |
| 29. --American Growth Fund of America | A | Dividend | K | T | Bought | 12/29 | K | | |
| 30. Real estate, Navarro Co., TX | A | None | N | Q | Sp. Inherit. | 1/1 | | | |
| 31. Northwestern Mutual "Whole Life" (see Part VIII) | B | Dividend | K | T | | | | | |
| 32. Penn Mutual "Whole Life" (see Part VIII) | A | Dividend | J | T | | | | | |
| 33. Northwestern Mutual "65 Life" (see Part VIII) | B | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estat Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MEANS, TERRY R | 5/23/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Line 2 of Part VII: This property is located in Corsicana, Texas.

Lines 31 -33 of Part VII set out insurance policies that have investment portions.  These policies were disclosed through the report for 2000.  Thereafter, the instructions for non-investment income were found to contain this sentence: "Dividends on life insurance policies not held in whole or in part as an investment or for the production of income need not be reported."  I interpreted that language to require no longer the reporting of these whole-life and 65-life policies.  Now, the instructions say: "Cash value insurance is part insurance and part investment. . . . An insured person would have an ownerhsip in the investment portion of such a policy that would be reported in Part VII."  Accordingly, these policies return to this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  May 23, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544